JULY 12, 1994

No. 92–1996. ALASKA HOUSING FINANCE CORP. *v.* KURTH. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

JULY 28, 1994

No. A–60 (O. T. 1994). AMSDEN ET AL. *v.* BIDEN, CHAIRMAN, SENATE JUDICIARY COMMITTEE, ET AL. Application for injunction, presented to JUSTICE SOUTER, and by him referred to the Court, denied.

JULY 29, 1994

No. 93–9795. TORNOW *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.

AUGUST 1, 1994

No. 93–1812. SEA SAVAGE, INC., ET AL. *v.* CHEVRON U. S. A., INC. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 94–5427 (A–100). DREW *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BLACKMUN, dissenting.

Adhering to my view that the death penalty cannot be imposed fairly within the constraints of our Constitution, see my dissent in *Callins* v. *Collins*, 510 U. S. 1141, 1143 (1994), I would grant the application for stay of execution and the petition for certiorari and would vacate the death sentence in this case.